UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 09-61-DLB-JGW**

**JAMIE HOLT**                                                             **PLAINTIFF**

vs.                                         **ORDER**

**CITY OF COVINGTON, ET AL.**                                   **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Report and Recommendation (R&R) of the United States Magistrate Judge (Doc. # 32), wherein he recommends the case be dismissed for failure to comply with orders of the Court and for want of prosecution. No objections to the R&R have been filed and the time to do so has now expired. The Court finding the Magistrate Judge's recommendation sound in all respects, and being otherwise sufficiently advised;

**IT IS ORDERED** that:

(1) the Magistrate Judge's Report and Recommendation (Doc. # 32) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2) Plaintiff's case is hereby **dismissed** without prejudice, for failure to comply with orders of this Court and for failure to prosecute; and

(3) The matter is hereby **stricken** from the active docket of the Court.

This 19th day of July, 2011.



Signed By:
David L. Bunning *DB*
United States District Judge

G:\DATA\ORDERS\Cov09\09-61-Dismissal Lack of Prosecution.wpd